THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY WILLIAMS, Appellant.— Judgment and order of the Court of Special Sessions

affirmed. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.